MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6740
    E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 11-587-EMC |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [P~~ROPO~~SED] ORDER SETTING DATES |
| BARRY TORTOLERO ) | |
|     Defendant. ) | |

    The parties hereby stipulate and request that they appear before the Court on October 19, 2011 at 2:30 p.m. instead of September 28, 2011 at 2:30 p.m. in this matter. The reason is that the parties are currently in the process of plea negotiations and believe that the proposed date of October 19, 2011 would provide them with sufficient time in which to complete the process. Time has already been excluded under the Speedy Trial Act until September 28, 2011 but a further exclusion of time under the Speedy Trial Act is requested until October 19, 2011 for effective preparation of counsel.

                                      SO STIPULATED,

DATED: September 19, 2011                 /s/
                                          KATHRYN R. HAUN
                                          Assistant U.S. Attorney

[P~~ROPO~~SED] ORDER RE: CALENDARING
CR 11-587

DATED: September 19, 2011  /s/
ELIZABETH FALK
Counsel for Defendant

[PROPOSED] ORDER

The court hereby ORDERS this matter placed on its October 19, 2011 calendar at 2:30 p.m. for the purpose of status or a change of plea. For good cause shown, time is also excluded under the Speedy Trial Act until October 19, 2011

DATED: 9/22/11



[PROPOSED] ORDER RE: CALENDARING
2