BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant TORTOLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 11-587 EMC |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER FOR CONTINUANCE OF** |
| v. | ) **CHANGE OF PLEA HEARING** |
| | ) **AND EXCLUSION OF TIME** |
| BARRY TORTOLERO, | ) |
| | ) Date: October 19, 2011 |
| Defendant. | ) Time: 2:30 p.m. |
| | ) Court: The Honorable Edward M. Chen |

The parties hereby stipulate and agree as follows:

1. This matter is set for a change of plea hearing on October 19, 2011 at 2:30 p.m.;

2. Counsel for Mr. Tortolero is scheduled to be in trial on October 19, 2011 and can no longer make the change of plea hearing;

3. Counsel for the government has been contacted and has no objection to the continuation;

4. The defense thus requests that the change of plea hearing be continued to October 26, 2011 at 2:30 p.m.

5. Further, and in light of the foregoing, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from Wednesday,

11-587 EMC; Stipulation to Continue        1

October 19, 2011 through Wednesday, October 26, 2011.  The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv)..

IT IS SO STIPULATED.

Dated: October 17, 2011

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: October 17, 2011

_____/S/_____
KATHRYN HAUN
ASSISTANT UNITED STATES ATTORNEY

**[~~PROPOSED~~] ORDER**

For the reasons set forth above, the change of plea hearing in the aforementioned matter is hereby CONTINUED from October 19 , 2011 to October 26, 2011 at 2:30 p.m.

In addition, for the reasons stated above, the Court finds that an exclusion of time from October 19, 2011 through October 26, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).

**IT IS SO ORDERED**.

DATED: 10/18/2011  _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

